BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re SUNEDISON, INC., SECURITIES LITIGATION | MDL No. 2742 |

**This filing relates to the following action:**

*SESL Recovery, LLC v. Deutsche Bank Securities, Inc.*, No. 3:19-cv-00096 VC

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 7

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff SESL Recovery, LLC ("Plaintiff") respectfully submits this memorandum of law in support of its Motion to Vacate Conditional Transfer Order Number 7 (the "Motion").

Plaintiff's state common law action does not contain substantial or material common questions of fact with the actions remaining in the multi-district litigation pending in the Southern District of New York, *In re SunEdison, Inc. Securities Litigation*, MDL No. 2742 (the "SunEdison MDL"). Rather, there are substantial and material non-overlapping questions of fact. The SunEdison MDL consists primarily of federal securities class actions and opt-outs brought by investors in securities offerings by SunEdison, Inc. ("SunEdison") and/or an affiliate in July and August 2015, which principally arise from alleged misstatements and material omissions to investors related to stock offerings that closed in July and August of 2015. In contrast, Plaintiff's action -- the Second Lien Litigation -- centers on the fraudulent and grossly negligent misrepresentations and omissions of Defendant Deutsche Bank Securities, Inc. and SunEdison in late 2015 and early 2016, which were made in private lender presentations in an effort to induce certain lenders to enter into a second lien credit facility, which did not close until

January 11, 2016.  Moreover, transfer of Plaintiff's action would not promote the just and efficient conduct of the litigation, and would greatly prejudice Plaintiff.

In further support of this Motion, Plaintiff incorporates by reference the arguments set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiff respectfully requests that the Panel grant this Motion and allow this case to remain in the United States District Court for the Northern District of California, San Francisco Division.

Dated: February 1, 2019                                         Respectfully submitted,

                                                                KASOWITZ BENSON TORRES LLP

                                                       By:   /s/ Andrew K. Glenn
                                                              Andrew K. Glenn
                                                              Trevor J. Welch
                                                              Olga Lucia Fuentes Skinner
                                                              Marissa E. Miller
                                                             1633 Broadway
                                                             New York, New York 10019
                                                             T: (212) 506-1700 | F: (212) 506-1800
                                                             aglenn@kasowitz.com
                                                             twelch@kasowitz.com
                                                             ofuentes@kasowitz.com
                                                             memiller@kasowitz.com

                                                             Lyn Agre
                                                             101 California Street, Suite 2300
                                                             San Francisco, California 94111
                                                             T: (415) 421-6140 | F: (415) 398-5030
                                                             lagre@kasowitz.com

                                                             *Attorneys for Plaintiff SESL Recovery, LLC*